PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Wilhem Correa  Cr.:11-CR-00575-01
 PACTS Number: 60825

Name of Sentencing Judicial Officer: Ninth District Court, Agua Prieta, Sonora, Mexico (U.S. Parole Commission)

Name of Assigned Judicial Officer: Susan D. Wigenton, USDJ (D/NJ)

Date of Original Sentence: 07/13/10

Original Offense: Possession with Intent to Distribute Marijuana (41 Kilograms)

Original Sentence: 6 years, 8 months imprisonment and a fine of $3,792.36 pesos (satisfied on 10/25/10)

Type of Supervision: Supervised Release  Date Supervision Commenced: 07/19/11

## PETITIONING THE COURT

[ ] To extend the term of supervision for       Years, for a total term of       Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

MENTAL HEALTH TREATMENT

You shall undergo treatment in a mental health program approved by the United States Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, as approved by the United States Probation Office, until discharged by the Court. The Probation Officer shall supervise your compliance with this condition.

## CAUSE

Correa served the majority of his custodial sentence at Cereso in Agua Pireta, a prison in Sonora, Mexico where, he claims, he was the victim of torture. As a result, he has symptoms of post-traumatic stress disorder, depression and anxiety. Correa has requested assistance with mental health treatment to help him cope with these symptoms.

Respectfully submitted,

By: Denise Morales
U.S. Probation Officer
Date: 05/03/12

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

May 4, 2012
_____
Date