PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Wilhem Correa      Cr.:11-CR-00575-01
    PACTS Number: 60825

Name of Sentencing Judicial Officer: Ninth District Court, Agua Prieta, Sonora, Mexico (U.S. Parole Commission)

Name of Assigned Judicial Officer: Susan D. Wigenton, USDJ (D/NJ)

Date of Original Sentence: 07/13/10

Original Offense: Possession with Intent to Distribute Marijuana (41 Kilograms)

Original Sentence: 6 years, 8 months imprisonment and a fine of $3,792.36 pesos (satisfied on 10/25/10)

Type of Supervision: Supervised Release     Date Supervision Commenced: 07/19/11

## PETITIONING THE COURT

[ ]    To extend the term of supervision for    Years, for a total term of    Years.
[X]    To modify the conditions of supervision as follows. The addition of the following special condition(s):

MENTAL HEALTH TREATMENT

You shall undergo treatment in a mental health program approved by the United States Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, as approved by the United States Probation Office, until discharged by the Court. The Probation Officer shall supervise your compliance with this condition.

## CAUSE

Correa served the majority of his custodial sentence at Cereso in Agua Pireta, a prison in Sonora, Mexico where, he claims, he was the victim of torture. As a result, he has symptoms of post-traumatic stress disorder, depression and anxiety. Correa has requested assistance with mental health treatment to help him cope with these symptoms.

Respectfully submitted,

*Morales*

By: Denise Morales
      U.S. Probation Officer
Date: 05/03/12

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above *
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

May 4, 2012
Date

*To be retroactive to October 19, 2011.
SSW